IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMANTHA JO WALKER, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:16-cv-01231 |
| | ) Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

**O R D E R**

On December 19, 2017, the magistrate judge issued a Report and Recommendation (DE #17), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 12) is DENIED, and the Commissioner's decision is AFFIRMED.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 5th day of January 2018.

_____
ALETA A. TRAUGER
U.S. District Judge